**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KASPERSKY LAB, INC., *et al.*,<br>    Plaintiffs<br>    v.<br>UNITED STATES OF AMERICA,<br>    Defendant | Civil Action No. 18-325 (CKK) |

**ORDER**
(May 30, 2018)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 30th day of May, 2018, hereby

**ORDERED** that Defendant's [10] Motion to Dismiss the Complaint is **GRANTED**. It is further

**ORDERED** that this case is **DISMISSED**.

*This is a final, appealable order.*

**SO ORDERED.**

                                                                                  /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge