**No. 18-5176** September Term, 2018
1:18-cv-00325-CKK
1:17-cv-02697-CKK

Filed On: January 22, 2019 [1769402]

Kaspersky Lab, Inc. and Kaspersky Labs Limited,

       Appellants

   v.

United States Department of Homeland Security and Kirstjen M. Nielsen, in her official capacity as Secretary of Homeland Security,

       Appellees

------------------------------

Consolidated with 18-5177

# M A N D A T E

In accordance with the judgment of November 30, 2018, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

           BY:    /s/
                    Ken R. Meadows
                    Deputy Clerk

Link to the judgment filed November 30, 2018